# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROSS GOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00520-GMN-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MICHAEL DICHIARO, | ) | |
| | ) | |
| Defendant. | ) | |

The court conducted a hearing on December 17, 2013, regarding the parties' Stipulation and Order to Enlarge Time to File Dispositive Motions and to Reschedule Mandatory Settlement Conference (Dkt. #30). Louis Palazzo appeared telephonically for Plaintiff. Erick Ferran appeared telephonically on behalf of Defendant. The court heard the respective positions from counsel with regard to discovery. Both sides believe a settlement conference would be helpful and wish to avoid the expense of expert reports and depositions until determining whether settlement is possible.

**IT IS ORDERED** that:

1. The parties' Stipulation and Order to Enlarge Time to File Dispositive Motions (Dkt. #30) shall be **GRANTED** for the limited purpose of taking Mr. Goodman's deposition at the end of January 2014.

2. The parties' Stipulation Reschedule Mandatory Settlement Conference (Dkt. #30) is **GRANTED**. The settlement conference currently scheduled for January 12, 2014, at 9:30 a.m., is **VACATED** and **RESCHEDULED** for **February 18, 2014, at 1:30 p.m.** The confidential settlement statements shall be due to chambers no later than 4:00 p.m., **February 11, 2014.** All other instructions within the original Order Scheduling Settlement Conference (Dkt. #27) shall remain.

3.  The parties shall have until March 18, 2014 to serve expert disclosures, April 17 to serve rebuttal expert disclosures, and until May 1, 2014 to complete expert depositions.

4.  The deadline for filing dispositive motions is extended until May 16, 2013, and the deadline for filing the joint pretrial order is extended until June 15, 2014.  In the event dispositive motions are timely filed the deadline for filing the joint pretrial order is extended until 30 days after decision of dispositive motions.

5.  NO FURTHER EXTENSIONS WILL BE ALLOWED.

Dated this 17th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge