T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3850
Facsimile: (702) 385-3855

RONALD RICHARDS, ESQ.
California State Bar #176246
LAW OFFICES OF RONALD RICHARDS & ASSOCIATES, A.P.C.
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001
Facsimile: (310) 277-3325
Email: ron@ronaldrichards.com
*Pro Hac Vice*

*Attorneys for Ross Goodman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSS GOODMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL DICHIARO,<br><br>               Defendant. | Case No: 2:13-cv-00520-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED to between ALL parties, by and through their respective counsel herein, that the above-entitled matter be dismissed, in its entirety, with PREJUDICE, with each party to bear its own costs of suit and attorneys' fees incurred herein.

DATED: January 27, 2014.   PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION

*/s/ T. Louis Palazzo, Esq.*
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101

/ / /

RONALD RICHARDS, ESQ.
California State Bar #176246
LAW OFFICES OF RONALD RICHARDS &
ASSOCIATES, A.P.C.
9255 Doheny Rd. #602
West Hollywood, California 90069
*Pro Hac Vice*
*Attorneys for Ross Goodman*

DATED: January 27th, 2014.

HITZKE & ASSOCIATES

*/s/ Erick M. Ferran, Esq.*
Erick M. Ferran, Esq.
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION

*/s/ T. Louis Palazzo, Esq.*
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
*Attorneys for Ross Goodman*